# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 11-6736 SJO (FFM) | Date | October 25, 2011 |
|---|---|---|---|
| Title | JAMES D. CHAVEZ v. ERIC NEWTON | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE RE OVERDUE NOTICE OF SUBMISSION

    On September 13, 2011, this Court entered an order directing the United States Marshal to serve the summons and complaint and requiring plaintiff to file by October 13, 2011 a notice stating that he had submitted the documents required for service to the United States Marshal. As of the date of this order, plaintiff has not filed any such notice.

    Plaintiff is ordered to show cause within 30 days of the date of this order, why this action should not be dismissed for failure to comply with this Court's order and failure to serve process.

                                                                                   :

Initials of Preparer                  JM