UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D. CHAVEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>ERIC NEWTON, *et al.*,<br><br>        Defendants. | NO. CV 11-6736 SJO (FFM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of United States Magistrate Judge. Plaintiff has not filed any written Objections to the Report. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that (1) defendant's motion to dismiss the First Amended Complaint is GRANTED in part and (2) judgment is entered dismissing this action without prejudice.

January 30, 2013.

DATED: _____

*S. James Otero*

S. JAMES OTERO
United States District Judge