1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

10  JAMES D. CHAVEZ,                    )   NO. CV 11-6736 SJO (FFM)
                                        )
11              Plaintiff,              )   JUDGMENT
                                        )
12        v.                            )
                                        )
13  ERIC NEWTON, *et al.*,              )
                                        )
14              Defendants.             )
15  _____

16        Pursuant to the Order Accepting Findings, Conclusions and Recommendations of

17  United States Magistrate Judge,

18        IT IS ADJUDGED that plaintiff take nothing by his First Amended Complaint

19  and that this action is dismissed without prejudice.

20        January 30, 2013.

21  DATED: _____

22

23                                      _____
24                                              S. JAMES OTERO
                                           United States District Judge
25

26

27

28