UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES D. CHAVEZ, | ) | NO. CV 11-6736 SJO (FFM) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| ERIC NEWTON, *et al.*, | ) | |
| Defendants. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that plaintiff take nothing by his First Amended Complaint and that this action is dismissed without prejudice.

January 30, 2013.

DATED: _____

*[signature: S. James Otero]*

_____
S. JAMES OTERO
United States District Judge